George F. Patterson, administrator of the estate of Thomas James Monilaw, deceased, appellee, v. Elgin, Joliet and Eastern Railway Company, appellant. Gen. No. 7,271.

Administrator's action for damages for death at railway crossing. Judgment for plaintiff. Appeal from the Circuit Court of Iroquois county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the October term, 1923. Reversed and remanded. Opinion filed February 16, 1924. Rehearing denied April 2, 1924.

Free P. Morris and Roscoe C. South and Joseph L. Earlywine, for appellant; Knapp and Campbell, of counsel. Dyer & Dyer and J. W. Kern, for appellee.

Mr. Justice Jett delivered the opinion of the court.